JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DATO, | Case No.: 8:25-cv-02615-JWH-DFM |
| Plaintiff, | |
| v. | **ORDER** |
| CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC | HON. JOHN W. HOLCOMB |
| Defendants. | |

Based upon the Parties' Stipulation, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this Court hereby **ORDERS** as follows:

1.    Defendants CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC are **DISMISSED with prejudice**.

2.    Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 18, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

CASE NO.: 8:25-cv-02615-JWH-DFM                                    *Dato v Citibank, N.A., et al.*

ORDER